**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DISABILITY RIGHTS CENTER                                           PLAINTIFF
OF ARKANSAS, INC.

v.                                        No. 4:13CV00103 JLH

BAPTIST HEALTH                                                   DEFENDANT

## ORDER

      The first motion to compel filed by Disability Rights Center of Arkansas, Inc., is GRANTED

IN PART and DENIED IN PART.  Document #15.  The Court orders the defendant to answer

Interrogatory No. 6 and produce all documents responsive to Request for Production No. 3 and to

do so within fourteen days from the entry of this Order.  The information requested in Interrogatory

No. 6 and Request for Production No. 3 appears to be essential to the ability of Disability Rights

Center of Arkansas, Inc., to advocate the merits of its position as alleged in the complaint.  The

remainder of the information sought in the motion to compel appears to be information that Disability

Rights Center of Arkansas, Inc., can obtain only if it prevails on the merits.

      The information provided in response to this Order must be kept confidential and used only

for the purpose of this litigation.  If Disability Rights Center of Arkansas, Inc., finds it necessary to

refer to the information produced pursuant to this Order in papers filed in this action, the information

must be filed under seal.

      IT IS SO ORDERED this 28th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE