**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| DISABILITY RIGHTS CENTER OF ARKANSAS, INC. | PLAINTIFF |
| v.    No. 4:13CV00103 JLH | |
| BAPTIST HEALTH | DEFENDANT |

## ORDER OF DISMISSAL

Without objection, Disability Rights Center of Arkansas, Inc.'s motion to dismiss this action voluntarily pursuant to Federal Rule of Civil Procedure 41(a)(2) is GRANTED. Document #24. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 24th day of July, 2014.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE